**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-00564-KDB-DSC**

| | |
|---|---|
| **TABITHA IRENE EASTRIDGE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **C R BARD INCORPORATED et. al.,** | ) |
| | ) |
| **Defendants.** | ) |

      **THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Stephen Daniel]" (document #7) filed October 29, 2019.  For the reasons set forth therein, the Motion will be <u>granted</u>

      The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, <u>and to the Honorable Kenneth D. Bell</u>.

      **SO ORDERED**.

Signed: October 30, 2019

David S. Cayer
United States Magistrate Judge